FILED
AUG 15 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. **3:06CR195-MEF** |
| v. | ) | [18 U.S.C. 2113(a) & (d)] |
| | ) | |
| | ) | |
| GREGORY ALAN NICHOLS | ) | **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

On or about the 5th day of October, 2004, in Randolph County, within the Middle District of Alabama, the defendant,

GREGORY ALAN NICHOLS,

by force, violence and intimidation did take from the person and presence of another, approximately $5,967.00 in currency belonging to and in the care, custody, control, management and possession of The First Bank, located at 109 Main Street, Roanoke, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault and put in jeopardy the life of another person by use of a dangerous weapon, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

## COUNT 2

On or about the 1st day of July, 2005, in Randolph County, within the Middle District of Alabama, the defendant,

GREGORY ALAN NICHOLS,

by force, violence and intimidation did take from the person and presence of another, approximately $8,057.00 in currency belonging to and in the care, custody, control, management

and possession of The Small Town Bank, located at 548 Main Street, Roanoke, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendant did assault and put in jeopardy the life of another person by use of a dangerous weapon, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
K. David Cooke, Jr.
Assistant United States Attorney