FILED
2006 Dec-29 AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**In the United States District Court**

for the MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

GREGORY ALAN NICHOLS

CRIMINAL NUMBER: 3:06cr195-MEF

2:06 CR 610 IPJ HGD

**Consent to Transfer of Case for Plea and Sentence**
*(Under Rule 20)*

I, Gregory Alan Nichols, defendant, have been informed that an (*indictment*, ~~information, complaint~~) is pending against me in the above designated cause. I wish to plead guilty to the offenses charged, to consent to the disposition of the case in the Northern District of Alabama in which I, am under arrest, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Dec. 20, 2006 at

_____
(Defendant)

_____
(Counsel for Defendant)

TRUE COPY:
By: D. Cooper

_____
(Assistant United States Attorney)

**Approved**

Asst. United States Attorney for the
MIDDLE District of ALABAMA
K. David Cooke, Jr.

Asst. United States Attorney for the
NORTHERN District of ALABAMA